**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In re Barbara J. Stanfield, Individually, as a Direct-Action Plaintiff, and Derivatively on behalf of Intervenor TIG Transportation, LLC

Appellate case number:   01-21-00674-CV

Trial court case number:  2021-20472

Trial court:             215th District Court of Harris County

Relator has filed a petition for writ of mandamus challenging the trial court's September 20, 2021 order granting the motion to show authority filed by real party in interest, and three November 17, 2021 orders granting real party's motion to strike pleadings due to lack of authority, as well as his requests for issuance of back pay and for payment of past attorney's fees and expenses. Relator has also filed a motion for emergency relief, asking that we stay trial court proceedings and related appellate proceedings in appellate cause number 01-21-00591-CV, styled *Timothy Cannon, Jr. and TIG Transportation, LLC v. Barbara J. Stanfield, et al.*

Relator's request for a stay of trial court and appellate proceedings in appellate cause number 01-21-00591-CV is **granted**. The stay is effective until disposition of relator's petition for writ of mandamus or until further orders of this Court.

The Court **requests a response** to the petition for writ of mandamus from the real party in interest. The response, if any, is due to be filed **no later than 20 days from the date of this order**.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court


Date: ___December 2, 2021_____